FILED
08 JUN 13 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Anthony John Clifford,

    Petitioner,

v.

B. Curry, Warden (a),
Board of Parole Hearings.

    Respondent.

Case No. C07-5104 PJH (PR)

NOTICE OF CHANGE OF ADDRESS.

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN, that the above-named Petitioner, Anthony John Clifford, has changed his address of record to:

    Anthony John Clifford E-84740
    P.O. Box 8101 #1132
    San Luis Obispo, Ca 93409-8101

Respectfully Submitted,

Dated: June 10, 2008

                                  Anthony John Clifford

Declaration of Service by Mail

(28 U.S.C. section 1746)

I, Anthony John Clifford , declare:

I am a resident of San Luis Obispo, County ;

I am over the age of eighteen and am a party to the attached action;

My address is P.O. Box 8101, #1132 San Luis Obispo, Ca 93409-8101 ;

I served the attached document entitled: notification of change of address.

on the persons or parties herein by placing true copies thereof into a sealed envelope with the appropriate postage affixed thereto and placed said envelope into an approved mailing system addressed as follows:

State of California
Office of the Attorney General
Elizabeth Kim
455 Golden Gate Avenue, Suite 11000
San Francisco, Ca 94102-7004

There is first class mail delivery by the U.S. Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this day, the 10 of June , 2008 ,at CMC-East P.O. Box 8101, #1132, San Luis Obispo, Ca 93409-8101 .

_Anthony Clifford_
Anthony John Clifford

Anthony Clifford E-84740
P.O. Box 8101 #1132
San Luis Obispo, Ca 93409-8101

Legal Mail



CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M
0004247478    JUN 11 2008
MAILED FROM ZIPCODE 93401
$ 00.00⁰
PITNEY BOWES
UNITED STATES POSTAGE

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

9410②③③⑥⑥1



USA FIRST-CLASS FOREVER