UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CLIFFORD,

        Plaintiff,

  v.

B. CURRY et al,

        Defendant.

Case Number: CV07-05104 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony John Clifford E-84740
1132
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: September 15, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk